IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| MITCHELL RUBENSTEIN & ASSOCIATES, P.C., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. PX 16-2497 |
| | * | |
| SUNRISE CREDIT SERVICES, INC. and ARROWOOD INDEMNITY COMPANY, | * | |
| Defendants. | * | |

******

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of January, 2017, by the United States District Court for the District of Maryland, ORDERED that:

1. The Motion to Dismiss filed by Defendants SUNRISE CREDIT SERVICES, INC. and ARROWOOD INDEMNITY COMPANY (ECF No. 18) BE, and the same hereby IS, GRANTED;

2. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                                                              /S/
                                           PAULA XINIS
                                           United States District Judge